MARTIN A. LITTLE, ESQ.
Nevada Bar No. 7067
Email: mal@juww.com
BRUCE L. WOODBURY, ESQ.
Nevada Bar No. 799
Email: blw@juww.com
MICHAEL R. ERNST, ESQ.
Nevada Bar No. 11957
Email: mre@juww.com
JOLLEY URGA WOODBURY & LITTLE
3800 Howard Hughes Parkway, 16th Floor
Las Vegas, Nevada 89169
Telephone:   (702) 699-7500
Facsimile:   (702) 699-7555
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ANDREW CLAPPER and CYNTHIA JACQUELINE GUTIERREZ, individually and as Parents and Natural Guardians of DANIEL SANTOYO and ISABELLA CLAPPER, minor children, <br><br> Plaintiffs, <br><br> vs. <br><br> WAL-MART STORES, INC., a Delaware corporation; TAIWAN SHIN YEH ENTERPRISE CO., LTD., a foreign entity; SHIN CREST PTE, LTD., a foreign entity; DOES I-X; and ROES XI-XX, inclusive, <br><br> Defendants. | Case No.: 2:14-cv-02183-RCJ-CWH <br><br><br> **STIPULATION AND ORDER AS TO LIABILITY** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs Andrew Clapper and Cynthia Jacqueline Gutierrez, individually and as Parents and Natural Guardians of Daniel Santoyo and Isabella Clapper, minor children (collectively "Plaintiffs"), by and through their attorneys, Jolley Urga Woodbury & Little, and Defendants Wal-Mart Stores, Inc., Taiwan

K:\CLIENT FILES\MAL\Clapper, Andrew 12030\Pleadings\DR\SAO re liability.doc

Shin Yeh Enterprise Co., Ltd. and Shin Crest PTE, Ltd. (collectively "Defendants"), by and through their attorneys, Bremer Whyte Brown & O'Meara, that: (1) Defendants accept liability for the October 26, 2013 incident which is the subject of this lawsuit; (2) the only issues to be tried are damages and punitive liability, if any; and (3) the jury may be informed of these stipulations.

| JOLLEY URGA WOODBURY & LITTLE | BREMER, WHYTE, BROWN & O'MEARA |
|---|---|
| By: _____ <br> Martin A. Little, Esq. <br> Bruce L. Woodbury, Esq. <br> Michael R. Ernst, Esq. <br> 3800 Howard Hughes Pkwy., #1600 <br> Las Vegas, Nevada 89169 <br> *Attorneys for Plaintiffs* <br> Date: 2/17/15 | By: /s/ Nelson L. Cohen <br> Nelson L. Cohen, Esq. <br> Nevada Bar No. 7657 <br> 1160 N. Town Center Dr., #250 <br> Las Vegas, Nevada 89144 <br> *Attorneys for Defendants* <br> Date: _____ |

IT IS SO ORDERED.

By: _____
United States District Judge

DATED: __ February 19, 2015. _____

Page **2** of **2**

K:\CLIENT FILES\MAL\Clapper, Andrew 12030\Pleadings\DR\SAO re liability.doc