# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ANDREW CLAPPER, et al., | )<br>) |
| Plaintiffs, | ) Case No. 2:14-cv-02183-RCJ-CWH<br>) |
| vs. | ) **ORDER**<br>) |
| WAL-MART STORES, INC., *et al.*, | )<br>) |
| Defendants. | )<br>) |

The parties submitted a Stipulated Proposed Protective Order (#19), which the Court reviewed and entered on April 17, 2015.  *See* Order (#20).  This order modifies the parties' stipulated protective order with respect to any motions, documents or exhibits the parties seek to submit under seal.  The Court has approved the parties' protective order to facilitate the parties' discovery exchanges.  The parties are, however, required to comply with the requirements set forth in Local Rule 10-5(b) and *Kamakana v. City and County of Honolulu*, 447 F.3d 1172 (9th Cir. 2006) and its progeny when seeking to submit documents under seal.

**IT IS SO ORDERED**.

DATED: April 22, 2015.

_____
C.W. Hoffman, Jr.
United States Magistrate Judge