1
2
3
4
5

UNITED STATES DISTRICT COURT

6

DISTRICT OF NEVADA

7
8   ANDREW CLAPPER, et al.,                    )
9                              Plaintiffs,     )      Case No. 2:14-cv-02183-RCJ-CWH
                                               )
10  vs.                                        )      ORDER
                                               )
11  WAL-MART STORES, INC., et al.,             )
                                               )
12                             Defendants.     )
    _____)

13          It has come to the Court's attention that Plaintiffs' counsel failed to redact the minor

14  Plaintiffs' names, dates of birth, and home addresses from the Petition for Compromise of Minors'

15  Claims (Doc. #22) and the proposed orders submitted with the Petition, in contravention of Federal

16  Rule of Civil Procedure 5.2 and United States District Court, District of Nevada Special Order No.

17  108.  To protect the minor Plaintiffs' personal identification information, the Court will order the

18  Clerk of Court to Seal the Petition (Doc. #22) as well as the Orders (Doc. ##24, 25) that were

19  entered on June 1, 2015.

20          IT IS THEREFORE ORDERED that the Clerk of Court shall seal Doc. #22, Doc. #24,

21  and Doc. #25 in their entirety.

22          IT IS FURTHER ORDERED that Plaintiffs' counsel shall re-file the Petition for

23  Compromise of Minors' Claims (Doc. #22), as well as the proposed orders, with appropriate

24  redactions per Fed. R. Civ. P. 5.2 and Special Order No. 108, for the public record by July 31, 2015.

25          IT IS FURTHER ORDERED that the Court's Orders (Doc. ##24, 25) are VACATED.

26  Upon receiving the Plaintiffs' redacted proposed orders, the Court will re-enter the redacted

27  proposed orders.

28  / / /

IT IS FURTHER ORDERED that Plaintiffs' counsel shall file the parties' joint status report under seal without redaction, as well as a redacted version for the public record, by July 31, 2015.

IT IS FURTHER ORDERED that Plaintiffs are not required to file a separate motion to seal any of the documents referenced in this Order.  This Order serves as authorization to file the documents referenced in this Order under seal.

DATED: July 22, 2015.

_____
C.W. Hoffman, Jr.
United States Magistrate Judge

2