Martin A. Little, Esq.
Nevada Bar No. 7067
Email: mal@juww.com
JOLLEY URGA WOODBURY & LITTLE
3800 Howard Hughes Parkway, 16th Floor
Las Vegas, Nevada 89169
Telephone: (702) 699-7500
Facsimile: (702) 699-7555
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ANDREW CLAPPER and CYNTHIA JACQUELINE GUTIERREZ, individually and as Parents and Natural Guardians of    and    , minor children,<br><br>Plaintiffs,<br><br>vs.<br><br>WAL-MART STORES, INC., a Delaware corporation; TAIWAN SHIN YEH ENTERPRISE CO., LTD., a foreign entity; SHIN CREST PTE, LTD., a foreign entity; DOES I-X; and ROES XI-XX, inclusive,<br><br>Defendants. | Case No.: 2:14-cv-02183-RCJ-CWH<br><br>[PROPOSED] <u>ORDER GRANTING PETITION FOR COMPROMISE OF MINORS' CLAIMS</u> |

The Petition for Compromise of Minors' Claims having come before the Court, and the Court having considered the moving papers, and good cause appearing,

IT IS HEREBY ORDERED that the Petition to compromise the claims of           ("DS") a minor, against WAL-MART STORES, INC., TAIWAN SHIN YEH ENTERPRISE CO., LTD., and SHIN CREST PTE, LTD., for damages arising from the incident of October 26, 2013, is **approved**.

IT IS FURTHER ORDERED that the total amount of the proceeds of the proposed compromise is $■■■.

IT IS FURTHER ORDERED that costs are waived, and Jolley Urga Woodbury & Little's attorneys' fees in the amount of $■■■ are **approved**.

IT IS FURTHER ORDERED that a blocked trust account be established in the amount of $■■■ for the benefit of DS, at Wells Fargo Bank located at 3800 Howard Hughes Parkway, Las Vegas, Nevada 89169, telephone number (702) 791-6353.

IT IS FURTHER ORDERED that authorization to establish the blocked trust account for the benefit of DS is hereby given to the Petitioners and their attorneys, the law firm of Jolley Urga Woodbury & Little.

IT IS FURTHER ORDERED that the funds deposited in the blocked trust account shall not be liquidated or diminished prior to DS reaching the age of eighteen (18) years without Court approval upon a showing that the withdrawal is in the best interest of DS. A final accounting shall be made prior to the release of the funds upon the eighteenth (18th) birthday of DS.

IT IS FURTHER ORDERED that Petitioners and the law firm of Jolley Urga Woodbury & Little shall cause, within sixty (60) days of the date of this order, proof to be filed with this Court that the blocked account has been established for the benefit of DS.

/ / /

K:\CLIENT FILES\MAL\Clapper, Andrew 12030\Minors Claims\DRAFTS\Order Granting Petition for Compromise of Minors Claims - ds   doc

~~IT IS FURTHER ORDERED that a Status Check before this Court is set for the ___ day of _____, 20___, at ___.M. to show compliance with this Order. In the event the proof of compliance has been filed with this Court, it will not be necessary for the Petitioners or attorneys for Petitioners, Jolley Urga Woodbury & Little, to attend the Status Check hearing.~~

IT IS FURTHER ORDERED that the Trustee or Petitioners shall file an annual verified report, ~~should the Court deem it appropriate~~, in order to detail the activities of the blocked trust account for DS during the previous twelve (12) months, pursuant to NRS 41.200(5).

DATED at Las Vegas, Nevada: July 31, 2015

_____
UNITED STATES MAGISTRATE JUDGE

Submitted by:

JOLLEY URGA WOODBURY & LITTLE

By _____
Martin A. Little, Esq.
*Attorneys for Petitioners*

Page 3 of 3

K:\CLIENT FILES\MAL\Clapper, Andrew 12030\Minors Claims\DRAFTS\Order Granting Petition for Compromise of Minors Claims - ds .doc