Martin A. Little, Esq.
Nevada Bar No. 7067
Email: mal@juww.com
JOLLEY URGA WOODBURY & LITTLE
3800 Howard Hughes Parkway, 16th Floor
Las Vegas, Nevada 89169
Telephone: (702) 699-7500
Facsimile: (702) 699-7555
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ANDREW CLAPPER and CYNTHIA JACQUELINE GUTIERREZ, individually and as Parents and Natural Guardians of        and        , minor children, <br><br> Plaintiffs, <br><br> vs. <br><br> WAL-MART STORES, INC., a Delaware corporation; TAIWAN SHIN YEH ENTERPRISE CO., LTD., a foreign entity; SHIN CREST PTE, LTD., a foreign entity; DOES I-X; and ROES XI-XX, inclusive, <br><br> Defendants. | Case No.: 2:14-cv-02183-RCJ-CWH <br><br> [PROPOSED] <br> **ORDER GRANTING PETITION FOR COMPROMISE OF MINORS' CLAIMS** |

The Petition for Compromise of Minors' Claims having come before the Court, and the Court having considered the moving papers, and good cause appearing,

IT IS HEREBY ORDERED that the Petition to compromise the claims of             ("IC"), a minor, against WAL-MART STORES, INC., TAIWAN SHIN YEH ENTERPRISE CO., LTD., and SHIN CREST PTE, LTD., for damages arising from the incident of October 26, 2013, is **approved**.

K:\CLIENT FILES\MAL\Clapper, Andrew 12030\Minors Claims\DRAFTS\Order Granting Petition for Compromise of Minors Claims - IC .doc

1     IT IS FURTHER ORDERED that the total amount of the proceeds of the
2 proposed compromise is $■■■.
3     IT IS FURTHER ORDERED that costs are waived, and Jolley Urga Woodbury &
4
5 Little's attorneys' fees in the amount of $■■■ are **approved**.
6     IT IS FURTHER ORDERED that a blocked trust account be established in the
7 amount of $■■■ for the benefit of    IC    , at Wells Fargo Bank
8
9 located at 3800 Howard Hughes Parkway, Las Vegas, Nevada 89169, telephone number
10 (702) 791-6353.
11     IT IS FURTHER ORDERED that authorization to establish the blocked trust
12 account for the benefit of    IC    is hereby given to the Petitioners and
13
14 their attorneys, the law firm of Jolley Urga Woodbury & Little.
15     IT IS FURTHER ORDERED that the funds deposited in the blocked trust account
16 shall not be liquidated or diminished prior to    IC    reaching the age
17 of eighteen (18) years without Court approval upon a showing that the withdrawal is in
18
19 the best interest of    IC    . A final accounting shall be made prior to
20 the release of the funds upon the eighteenth (18th) birthday of    IC    .
21     IT IS FURTHER ORDERED that Petitioners and the law firm of Jolley Urga
22 Woodbury & Little shall cause, within sixty (60) days of the date of this order, proof to
23
24 be filed with this Court that the blocked account has been established for the benefit of
25 IC
26
27 ///
28

~~IT IS FURTHER ORDERED that a Status Check before this Court is set for the _____ day of _____, 20___, at ___.M. to show compliance with this Order. In the event the proof of compliance has been filed with this Court, it will not be necessary for the Petitioners or attorneys for Petitioners, Jolley Urga Woodbury & Little, to attend the Status Check hearing.~~

IT IS FURTHER ORDERED that the Trustee or Petitioners shall file an annual verified report, ~~should the Court deem it appropriate~~, in order to detail the activities of the blocked trust account for       IC       during the previous twelve (12) months, pursuant to NRS 41.200(5).

DATED at Las Vegas, Nevada: July 31, 2015

_____
UNITED STATES MAGISTRATE JUDGE

Submitted by:

JOLLEY URGA WOODBURY & LITTLE

By_____
Martin A. Little, Esq.
***Attorneys for Petitioners***

Page 3 of 3

K:\CLIENT FILES\MAL\Clapper, Andrew 12030\Minors Claims\DRAFTS\Order Granting Petition for Compromise of Minors Claims - ic .doc