NELSON L. COHEN, ESQ.
Nevada State Bar No. 7657
JARED G. CHRISTENSEN, ESQ.
Nevada State Bar No. 11538
BREMER WHYTE BROWN & O'MEARA LLP
1160 N. TOWN CENTER DRIVE
SUITE 250
LAS VEGAS, NV 89144
TELEPHONE: (702) 258-6665
FACSIMILE: (702) 258-6662
ncohen@bremerwhyte.com
jchristensen@bremerwhyte.com

Attorneys for Defendants,
WAL-MART STORES, INC., TAIWAN SHIN YEH
ENTERPRISE CO., LTD. and SHIN CREST PTE, LTD.

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ANDREW CLAPPER and CINTHYA JACQUELINE GUTIERREZ, individually and as Parents and Natural Guardians of DANIEL SANTOYO and ISABELLA CLAPPER, minor children, <br><br> Plaintiffs, <br><br> vs. <br><br> WAL-MART STORES, INC., a Delaware corporation; TAIWAN SHIN YEH ENTERPRISE CO., LTD., a foreign entity; SHIN CREST PTE, LTD., a foreign entity; DOES I-X; and XI-XX, inclusive, <br><br> Defendants. | Case No. 2:14-cv-02183-RCJ-CWH <br><br> **STIPULATION AND ORDER FOR DISMISSAL OF PLAINTIFFS' CLAIMS WITH PREJUDICE** |

Defendants WAL-MART STORES, INC., TAIWAN SHIN YEH ENTERPRISE CO., LTD. and SHIN CREST PTE, LTD., by and through their attorneys, Nelson L. Cohen, Esq. and Jared G. Christensen, Esq. of the law firm BREMER, WHYTE, BROWN & O'MEARA, LLP and Plaintiffs ANDREW CLAPPER AND CINTHYA JACQUELINE GUTIERREZ, individually and as Parents and Natural Guardians of DANIEL SANTOYO and ISABELLA CLAPPER, minor children, by and through their attorney of record, Martin A. Little, Esq. of the law firm JOLLEY URGA WOODBURY & LITTLE hereby stipulate as follows:

BREMER WHYTE BROWN & O'MEARA LLP
1160 N. Town Center Drive
Suite 250
Las Vegas, NV 89144
(702) 258-6665

H:\1287\425\CF\2015-08-10-SAO to dismiss.docx

# I.

# **STIPULATION**

IT IS HEREBY STIPULATED that all claims by Plaintiffs, individually and as Parents and Natural Guardians of DANIEL SANTOYO and ISABELLA CLAPPER, minor children asserted against Defendants WAL-MART STORES, INC., TAIWAN SHIN YEH ENTERPRISE CO., LTD. and SHIN CREST PTE, LTD. in the Complaint filed in Case Number 2:14-cv-02183 are dismissed with prejudice, each party to bear their own attorneys' fees and costs.

This Stipulation is intended to dismiss with prejudice all of Plaintiffs' claims against Defendants, WAL-MART STORES, INC., TAIWAN SHIN YEH ENTERPRISE CO., LTD. and SHIN CREST PTE, LTD.

This Stipulation is entered into in good faith, in the interests of judicial economy and not for the purposes of delay.

Dated:  August 10, 2015

BREMER WHYTE BROWN & O'MEARA

By: _____
   Nelson L. Cohen, Esq.
   Nevada State Bar No. 7657
   Jared G. Christensen, Esq.
   Nevada State Bar No. 11538
   Attorneys for Defendants,
   WAL-MART STORES, INC., TAIWAN
   SHIN YEH  ENTERPRISE CO., LTD. and
   SHIN CREST PTE, LTD.

Dated:  August 10, 2015

JOLLEY URGA WOODBURY & LITTLE

By:   */s/ Martin A. Little*
   Martin A. Little, Esq.
   Nevada State Bar No. 7067
   Attorney for Plaintiffs, ANDREW
   CLAPPER and CINTHYA JACQUELINE
   GUTIERREZ , individually and as Parents
   and Natural Guardians of DANIEL
   SANTOYO and ISABELLA CLAPPER,
   minor children.

# II.

# **ORDER**

The parties stipulated and agreed to the dismissal with prejudice of Defendants WAL-MART STORES, INC., TAIWAN SHIN YEH ENTERPRISE CO., LTD. and SHIN CREST PTE, LTD., as set forth above and good cause appearing:

BREMER WHYTE BROWN &
O'MEARA LLP
1160 N. Town Center Drive
Suite 250
Las Vegas, NV  89144
(702) 258-6665

2

H:\1287\425\CF\2015-08-10-SAO to dismiss.docx

1  IT IS HEREBY ORDERED, ADJUDGED and DECREED that the Complaint of Plaintiffs,
2  ANDREW CLAPPER AND CINTHYA JACQUELINE GUTIERREZ, individually and as Parents
3  and Natural Guardians of DANIEL SANTOYO and ISABELLA CLAPPER, minor children, be
4  dismissed with prejudice as to Defendants, WAL-MART STORES, INC., TAIWAN SHIN YEH
5
6  ENTERPRISE CO., LTD. and SHIN CREST PTE, LTD., each party to bear their own respective
7  attorneys' fees and costs herein.

Dated:  August 11, 2015

_____
FEDERAL COURT JUDGE

Submitted by:
BREMER WHYTE BROWN & O'MEARA LLP

By: _____
    Nelson L. Cohen, Esq.
    Nevada State Bar No. 7657
    Jared G. Christensen, Esq.
    Nevada State Bar No. 11538
    Attorneys for Defendants,
    WAL-MART STORES, INC.,
    TAIWAN SHIN YEH ENTERPRISE
    CO., LTD. and SHIN CREST PTE, LTD.

BREMER WHYTE BROWN &
O'MEARA LLP
1160 N. Town Center Drive
Suite 250
Las Vegas, NV  89144
(702) 258-6665

3

H:\1287\425\CF\2015-08-10-SAO to dismiss.docx