# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| ANDREW CLAPPER and CYNTHIA JACQUELINE GUTIERREZ, individually and as Parents of Natura Guardians of DANIEL SANTOYO and ISABELLA CLAPPER, minor children,<br><br>Plaintiffs,<br><br>vs.<br><br>WAL-MART STORES, INC., a Delaware corporation, TAIWAN SHIN YEH ENTERPRISE CO., LTD., a foreign entity; SHIN CREST PTE, LTD, a foreign entity; DOES 1-X; and ROES XI-XX, inclusive,<br><br>Defendants. | Case No.: 2:14-CV-02183-RCJ-CWH<br><br>**ORDER TO DISBURSE MONEY FROM COMPROMISE OF MINOR'S CLAIM** |

This matter having come on regularly before the above-entitled Court, upon the verified Motion to Disburse Money from Compromise of Minor's Claim, the Court having been fully advised and good cause appearing therefore,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Motion to Disburse Money from Compromise of Minor's Claim be and hereby is granted in its entirety.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the Final Accounting provided to the Court relative the Wells Fargo's blocked trust account of Daniel Santoyo, namely account ending with xx33002, be and hereby is approved.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that as Daniel Santoyo is now an adult, having reached the age of eighteen (18) years of age, the blocked trust account of Daniel Santoyo held with Wells Fargo Bank, located at 3800 Howard Hughes Pkwy., Las Vegas, Nevada 89169, account number ending with xx33002 be closed and the money distributed to Daniel Santoyo.

Dated this 26th day of October, 2021.

_____
ROBERT C. JONES
United States District Judge